## VOL. 71, JANUARY TERM, 1916.    89

Coe v. Armour Fertz. Wks.—Opinion of Court

HENRY L. COE, *Plaintiff in Error,* v. ARMOUR FERTI-
LIZER WORKS, A CORPORATION, *Defendant in Error.*

Opinion filed January 28, 1916.

Section 2677 General Statutes of 1906 permitting execution against
   stockholders will not be held unconstitutional in behalf of
   one who moves to quash and declines to proceed to protect
   his rights under section 1624, for illegality of execution.

Writ of Error to Circuit Court, Manatee County; F.
A. Whitney, Judge.

Judgment affirmed.

Note.   Judgment reversed by United States Supreme
Court, 237 U. S. 413, 35 Sup. Ct. Rep. 625.

*Sparkman & Carter,* for Plaintiff in Error;

*Singeltary & Reaves,* for Defendant in Error.

COCKRELL, J.—Upon the return of the mandate of
this court upon the former hearing of this case, subnom-
ine Armour Fertilizer Works v. Parish Vegetable &
Fruit Co., 63 Fla. 64, 58 South. Rep. 231, a judgment
was entered denying the motion to quash the execution
issued against Henry L. Coe, as a stockholder of the Veg-
etable Company, which had no assets whereon to levy.
To this judgment Coe prosecutes his writ of error.
   Coe does not claim that he was in fact a stockholder,
nor that there remains no balance due upon his stock,
nor seek to interpose any of the defenses pointed out as
open to him upon the former hearing, but stands boldly

on his attack upon the constitutionality of the act and by a proceeding unknown to our practice. There does not appear to have been any forceable seizure of any property of the said 'Coe, other than the formal levy upon realty, which does not interfere with the owner's possession.

The statute presents many difficulties, that may arise as to others not similarly situated, and may as such be beyond the power of the legislature; but the party now before this Court has not brought himself within the class who may justly complain, and the judgment as to him, upon the authority of our former holding, is, therefore, affirmed.

SHACKLEFORD, C. J., and TAYLOR, HOCKER and WHITFIELD, JJ., concur.